# ADAMS WRECKER SERVICE

P.O. Box 764
(11825 North Hwy. 76 • Route 1)
Lindsay, Oklahoma 73052-0764
PHONE: 405-756-4067 • FAX 405-756-9111
Shop Hours: 8:00 AM - 4:00 PM Monday-Friday

No. _____

Call By _____ Date _12-2-12_ Time _4.30PM_

Location _3 mice a House on 155C_

Make _John Deere Tractor_ Year _2003_

VIN # _XLV5200350017 *_

Tag # _2.9_  State _U.S_

Start _33210_  End _357128_

| | | |
|---|---|---|
| Hook Up | $ | 85.00 |
| Mileage _18 mile @ 4.25_ | $ | 77.50 |
| Days Storage @ $ _28.00_ Days_____ | $ | |
| Truck Time _2 hours @ 68.00_ | $ | 136.00 |
| Extra Labor _2 hours @ 38.00_ | $ | 76.00 |
| After Hour Release _20Ket_ | $ | 18.00 |
| Miscellaneous _Sellback_ | $ | 38.00 |
| Tax If Applicable _fuel surcharge_ | $ | 50.74 |
| _paint & mechanic work_ | | 7500.00 |
| TOTAL | $ | |
| _Lean for 4500 to_ | | |
| _5115 x National Bank_ | | 4500.00 |
| _windshield_ | | |

Proof of Ownership: Title # _____ State _____

Driver Lic. # _____ Exp. Date _____ State _____

Insurance Cert. # _____ Exp. Date _____

Received By _____ Date _____

**EXHIBIT**
3

Garvin County 37