## ADAMS WRECKER SERVICE
P.O. Box 764
(11825 North Hwy. 76 • Route 1)
Lindsay, Oklahoma 73052-0764
PHONE: 405-756-4067 • FAX 405-756-9111
Shop Hours: 8:00 AM - 4:00 PM Monday-Friday

No. _____

Call By _Garvin Co_ Date _12-20-12_ Time _4:30 PM_
Location _3 miles + House on 1550_
Make _John Deere Tractor_ Year _2003_
VIN # _XLV5520C350017*_
Tag # _1-4_ State _n.s_
Start _35211C_ End _35212 8_

| | |
|---|---|
| Hook Up | $ 85.00 |
| Mileage _18 mile @ 4.25_ | $ 77.50 |
| Days Storage @ $ _18.00_ Days ___ | $ |
| Truck Time _2 hours @ 68.00_ | $ 136.00 |
| Extra Labor _2 hours @ 38.00_ | $ 76.00 |
| After Hour Release _10 KEY_ | $ 18.00 |
| Miscellaneous _Rollback_ | $ 38.00 |
| Tax If Applicable _Fuel Surcharge_ | $ 50.74 |
| _Paint & Mechanic Work_ | 7500.00 |
| TOTAL | $ |
| _Leave for 4500.00_ | |
| _5115 National Bank_ | 4500.00 |
| _Lindsay, OK_ | |

Proof of Ownership: Title # _____ State _____
Driver Lic. # _____ Exp. Date _____ State _____
Insurance Cert. # _____ Exp. Date _____

Received By _____ Date _____

**EXHIBIT 3**

**Garvin County 37**