## ADAMS WRECKER SERVICE
P.O. Box 764
(11825 North Hwy. 76 • Route 1)
Lindsay, Oklahoma 73052-0764
PHONE: 405-756-4067 • FAX 405-756-9111
Shop Hours: 8:00 AM - 4:00 PM Monday-Friday

No. _____

Call By _Goldman___ Date _2-<(..__ Time _4:30__
Location _3 mile S House on 55C_____
Make _John Deer Tractor_ Year _2003_
VIN # _XLV5520C350017*_____
Tag # _n.u_____ State _k.S_
Start _35?.<C_____ End _352/28_

Hook Up .................................................. $ _85.00_
Mileage _18 mile @ 4.25_ $ _77.50_
Days Storage @ $ _18.00_ Days _____ $ _____
Truck Time _2 hours @ 68.00_ $ _136.00_
Extra Labor _2 hours @ 38.00_ $ _76.00_
After Hour Release _..ocked_ $ _18.00_
Miscellaneous _cell 34ck_ $ _38.00_
Tax If Applicable _fuel surcharge_ $ _50.74_
_paint & mechanic work_ _7500.00_
TOTAL ..................................................... $
_lean for 4500.00_
_first national bank_ _4500.00_
_Lindsay, ok_
Proof of Ownership: Title # _____ State _____
Driver Lic. # _____ Exp. Date _____ State _____
Insurance Cert. # _____ Exp. Date _____

Received By _____ Date _____